## MARCH 21, 1991

No. 90–967.   WOODDELL *v.* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 71, ET AL.   C. A. 6th Cir.   The order entered February 19, 1991 [498 U. S. 1082], is modified to read as follows: Certiorari granted limited to Question I presented by the petition.   In addition, the parties are directed to brief and argue the following question: "Does § 301 of the Labor Management Relations Act create a federal cause of action under which a union member may sue his union for violation of the union constitution?"

## MARCH 25, 1991

No. 90–1244.   STATE DEMOCRATIC EXECUTIVE COMMITTEE OF ALABAMA *v.* HAWTHORNE ET AL.   Appeal from D. C. M. D. Ala. Judgment vacated and case remanded with directions to dismiss. *United States* v. *Munsingwear, Inc.*, 340 U. S. 36 (1950).

No. 89–1230.   CITY OF CHICAGO ET AL. *v.* FRIEDRICH.   C. A. 7th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *West Virginia Univ. Hospitals, Inc.* v. *Casey, ante,* p. 83.

No. 90–400.   LE'MON *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Air Line Pilots* v. *O'Neill, ante,* p. 65, and *Steelworkers* v. *Rawson,* 495 U. S. 362 (1990).

No. 90–1010.   DILLON, COMMISSIONER, INDIANA DEPARTMENT OF INSURANCE, ET AL. *v.* ALLEGHANY CORP. ET AL.   C. A. 7th Cir.   Certiorari granted, judgment vacated, and case remanded with directions to dismiss.   *United States* v. *Munsingwear, Inc.*, 340 U. S. 36 (1950).